SHP
F. #2025R00474

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED**
11:27 am, Mar 12, 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOTICE OF MOTION

Criminal Docket No. 1:26-cr-00056(PKC)(PCG)

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
             March 12, 2026

                                JOSEPH NOCELLA, JR.
                                United States Attorney
                                Eastern District of New York
                                271 Cadman Plaza East
                                Brooklyn, New York 11201

                          By:   *Stephen H. Petraeus*
                                Stephen H. Petraeus
                                Assistant United States Attorney
                                (718) 254-6352

Cc:    Clerk of the Court (by email)
        Counsel of Record (by email)